IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Kyska, Kathy J | Case Number: 07 B 12156 |
| | Judge: Hollis, Pamela S |
| Printed: 3/11/08 | Filed: 7/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: December 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,769.07 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,124.00 |
| Trustee Fee: | | 178.33 |
| Other Funds: | | 466.74 |
| Totals: | 3,769.07 | 3,769.07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | David M Siegel | Administrative | 3,124.00 | 3,124.00 |
| 2. | Village Bank & Trust | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Village Bank & Trust | Secured | 20,000.00 | 0.00 |
| 5. | Internal Revenue Service | Priority | 100.00 | 0.00 |
| 6. | Alliance Collection Agency | Unsecured | 2,049.51 | 0.00 |
| 7. | Alliance Collection Agency | Unsecured | 454.00 | 0.00 |
| 8. | Capital One | Unsecured | 1,537.09 | 0.00 |
| 9. | Bankers Bank | Secured | | No Claim Filed |
| 10. | Bankers Bank | Secured | | No Claim Filed |
| 11. | MEA-Elkgrove Village LLC | Unsecured | | No Claim Filed |
| 12. | ATG Credit LLC | Unsecured | | No Claim Filed |
| 13. | Northwest Collectors | Unsecured | | No Claim Filed |
| 14. | Verizon Wireless | Unsecured | | No Claim Filed |
| 15. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 16. | Capital One Card Center | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 27,264.60 | $ 3,124.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 178.33 |
| | _____ |
| | $ 178.33 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Kyska, Kathy  J | Case Number:  07 B 12156 |
| | Judge:  Hollis, Pamela S |
| Printed:  3/11/08 | Filed:  7/9/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

